**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| EDWARD GATSON, | ) | NO. CV 10-9531 SS |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) | |
| Defendant. | ) | |

  IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED for further proceedings consistent with the Court's Memorandum Order and Decision.

DATED: August 30, 2011.

_____/S/_____
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE